# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 317-06123 CMW  
**Case Name:** OMKARA HOSPITALITY, LLC  

**Period Ending:** 06/30/19  

**Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE  
**Filed (f) or Converted (c):** 09/08/17 (f)  
**§341(a) Meeting Date:** 10/16/17  
**Claims Bar Date:** 02/12/18  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at THBC - Terre Hute Savings Ba<br>11/14/17 - Received check in the amount of $7,033.77, which represents the closing balance of the account. Asset fully administered. | 9,868.77 | 7,033.77 | | 7,033.77 | FA |
| 2 | Possible Preferential &/or Fraudulent Transfers (u)<br>07/05/18 - Status Update for Annual Reports for Period Ended June 30, 2018: Trustee has performed an extensive review of the Debtor's bank records and compiled a spreadsheet of possible preferential and/or fraudulent transfers. Trustee is to conduct a 2004 examination of the Debtor's representative on 07.13.18 is to question the representative about certain transactions and get additional information needed to pursue possible causes of action. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>On June 28, 2019, the Trustee filed a lawsuit (Case 3:19-ap-90125) against the following 6 creditors/parties to avoid fraudulent and/or preferential transfers and recover the same on behalf of the bankruptcy estate:<br>1. Mahendra Modi: (a) fraudulent transfers in the amount of $163,050.00; and (b) preferential transfer in the amount of $5k.<br>2. Nisha Roy: (a) fraudulent transfers in the amount of $84,525.00.<br>3. Maya Kapadia: (a) fraudulent transfers in the amount of $161k.<br>4. Shailesh Tailor: (a) fraudulent transfers in the amount of $35,025.00.<br>5. Deepak Kapadia: (a) fraudulent transfers in the amount of $90k.<br>6. Matrix Global Vision, L.L.C.: (a) preferential transfer in the amount of $10k.<br>The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..." | 0.00 | 1.00 | | 0.00 | 1.00 |

2  Assets  Totals (Excluding unknown values)   **$9,868.77**   **$7,034.77**      **$7,033.77**   **$1.00**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 317-06123 CMW  
Case Name: OMKARA HOSPITALITY, LLC

Period Ending: 06/30/19

Trustee: (620530) SUSAN R. LIMOR, TRUSTEE  
Filed (f) or Converted (c): 09/08/17 (f)  
§341(a) Meeting Date: 10/16/17  
Claims Bar Date: 02/12/18

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Major Activities Affecting Case Closing:

11/14/17 - Notice of Assets filed. Claims bar date is 02.12.18. See Docket Entry 6.

04/04/18 - After a review of the filed claims, Trustee determined that Motion to Allow/Disallow Claims not needed in this case.

07/05/18 - Status Update for Annual Reports for Period Ended June 30, 2018:
1. Conduct 2004 examination of Debtor's representative and pursue possible causes of action.
2. Employ accountant to prepare and file estate tax returns.
3. Accountant fee application.
4. Attorney fee application.
5. CLOSE CASE

07/22/19 - Status Update for Annual Reports for Period Ended June 30, 2019:
1. Litigate/settle lawsuit re fraud/preferential transfers.
2. Employ accountant to prepare and file estate tax returns.
3. Fee applications for professionals.
4. CLOSE CASE

Initial Projected Date Of Final Report (TFR): June 30, 2019     Current Projected Date Of Final Report (TFR): June 30, 2020

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 317-06123 CMW | Trustee: | SUSAN R. LIMOR, TRUSTEE (620530) |
|---|---|---|---|
| Case Name: | OMKARA HOSPITALITY, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******7666 - Checking Account |
| Taxpayer ID #: | **-***1441 | Blanket Bond: | $720,000.00 (per case limit) |
| Period Ending: | 06/30/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/14/17 | {1} | Omkara Hospitality, LLC | Balance in Account | 1129-000 | 7,033.77 | | 7,033.77 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,023.77 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,013.77 |
| 01/26/18 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2018 FOR CASE #317-06123, Chapter 7 Blanket Bond for 01/01/18 to 01/01/19; Bond #016026373 | 2300-000 | | 3.17 | 7,010.60 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.09 | 6,999.51 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,989.51 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.05 | 6,979.46 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,969.46 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.02 | 6,958.44 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,948.44 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.65 | 6,937.79 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.31 | 6,927.48 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.31 | 6,922.17 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.25 | 6,915.92 |
| 02/12/19 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2019 FOR CASE #317-06123, Chapter 7 Blanket Bond for 01/01/19 to 01/01/20; Bond 016026373 | 2300-000 | | 7.35 | 6,908.57 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,033.77 | 125.20 | $6,908.57 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 7,033.77 | 125.20 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $7,033.77 | $125.20 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******7666 | 7,033.77 | 125.20 | 6,908.57 |
| | $7,033.77 | $125.20 | $6,908.57 |

Case 3:17-bk-06123　　Doc 21　　Filed 07/22/19　　Entered 07/22/19 13:25:39　　Desc Main
Document　　Page 3 of 3

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 07/22/2019 01:21 PM　　V.14.50