# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

In re: OMKARA HOSPITALITY, LLC § Case No. 3:17-06123-CMW
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SUSAN R. LIMOR, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00   Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $335,575.14   Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $215,058.63

3) Total gross receipts of $ 550,633.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $550,633.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 217,542.13 | 215,058.63 | 215,058.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,404,992.34 | 2,276,114.13 | 2,250,000.00 | 335,575.14 |
| **TOTAL DISBURSEMENTS** | $2,404,992.34 | $2,493,656.26 | $2,465,058.63 | $550,633.77 |

    4) This case was originally filed under Chapter 7 on September 08, 2017. The case was pending for 39 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/15/2020      By: /s/SUSAN R. LIMOR, TRUSTEE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account at THBC - Terre Hute Savings Ba | 1129-000 | 7,033.77 |
| Possible Preferential &/or Fraudulent Transfers | 1241-000 | 543,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$550,633.77** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - SUSAN R. LIMOR, TRUSTEE | 2100-000 | N/A | 30,781.69 | 28,298.19 | 28,298.19 |
| Trustee Expenses - SUSAN R. LIMOR, TRUSTEE | 2200-000 | N/A | 39.86 | 39.86 | 39.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.17 | 3.17 | 3.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.09 | 11.09 | 11.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.05 | 10.05 | 10.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.02 | 11.02 | 11.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.65 | 10.65 | 10.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.31 | 10.31 | 10.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.31 | 5.31 | 5.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 6.25 | 6.25 | 6.25 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 7.35 | 7.35 | 7.35 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 9.36 | 9.36 | 9.36 |
| Other - Armstrong Law Firm | 3210-000 | N/A | 181,200.00 | 181,200.00 | 181,200.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 294.87 | 294.87 | 294.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 589.24 | 589.24 | 589.24 |
| Other - Larry Williams, CPA | 3410-000 | N/A | 1,600.00 | 1,600.00 | 1,600.00 |
| Attorney for Trustee Fees (Trustee Firm) - Limor & Johnson, Attorneys at Law | 3110-000 | N/A | 2,483.50 | 2,483.50 | 2,483.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Limor & Johnson, Attorneys at Law | 3120-000 | N/A | 68.41 | 68.41 | 68.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$217,542.13** | **$215,058.63** | **$215,058.63** |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WAGNER CRAWFORD GAMBILL & JUNGERS | 7100-000 | 2,250,000.00 | 2,250,000.00 | 2,250,000.00 | 335,575.14 |
| 2 | Choice Hotels International, Inc. | 7100-000 | 151,992.34 | 26,114.13 | 0.00 | 0.00 |
| NOTFILED | Wilkinson Goeller Modesitt | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | M.E., E.E., and P.E. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,404,992.34 | $2,276,114.13 | $2,250,000.00 | $335,575.14 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:17-06123-CMW  **Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE
**Case Name:** OMKARA HOSPITALITY, LLC  **Filed (f) or Converted (c):** 09/08/17 (f)
 **§341(a) Meeting Date:** 10/16/17
**Period Ending:** 12/15/20  **Claims Bar Date:** 02/12/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking Account at THBC - Terre Hute Savings Ba 11/14/17 - Received check in the amount of $7,033.77, which represents the closing balance of the account. Asset fully administered. | 9,868.77 | 7,033.77 | | 7,033.77 | FA |
| 2  Possible Preferential &/or Fraudulent Transfers (u) 07/05/18 - Status Update for Annual Reports for Period Ended June 30, 2018: Trustee has performed an extensive review of the Debtor's bank records and compiled a spreadsheet of possible preferential and/or fraudulent transfers. Trustee is to conduct a 2004 examination of the Debtor's representative on 07.13.18 is to question the representative about certain transactions and get additional information needed to pursue possible causes of action. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..." On June 28, 2019, the Trustee filed a lawsuit (Case 3:19-ap-90125) against the following 6 creditors/parties to avoid fraudulent and/or preferential transfers and recover the same on behalf of the bankruptcy estate: 1. Mahendra Modi: (a) fraudulent transfers in the amount of $163,050.00; and (b) preferential transfer in the amount of $5k. 2. Nisha Roy: (a) fraudulent transfers in the amount of $84,525.00. 3. Maya Kapadia: (a) fraudulent transfers in the amount of $161k. 4. Shailesh Tailor: (a) fraudulent transfers in the amount of $35,025.00. 5. Deepak Kapadia: (a) fraudulent transfers in the amount of $90k. 6. Matrix Global Vision, L.L.C.: (a) preferential transfer in the amount of $10k. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of | 0.00 | 543,600.00 | | 543,600.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:17-06123-CMW  **Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE
**Case Name:** OMKARA HOSPITALITY, LLC  **Filed (f) or Converted (c):** 09/08/17 (f)
  **§341(a) Meeting Date:** 10/16/17
**Period Ending:** 12/15/20  **Claims Bar Date:** 02/12/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| $1.00 to "Column 3: Estimated Net Value..." <br><br> 01/17/20 - Lawsuit settled in consideration of $543,600.00 from the defendants to the bankruptcy estate.  Motion to approve settlement filed (DE 24). Order approving settlement entered 02.12.20.  Asset fully administered. | | | | | |
| **2  Assets  Totals** (Excluding unknown values) | **$9,868.77** | **$550,633.77** | | **$550,633.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/14/17 - Notice of Assets filed.  Claims bar date is 02.12.18.  See Docket Entry 6.

04/04/18 - After a review of the filed claims, Trustee determined that Motion to Allow/Disallow Claims not needed in this case.

07/05/18 - Status Update for Annual Reports for Period Ended June 30, 2018:
1. Conduct 2004 examination of Debtor's representative and pursue possible causes of action.
2. Employ accountant to prepare and file estate tax returns.
3. Accountant fee application.
4. Attorney fee application.
5. CLOSE CASE

07/22/19 - Status Update for Annual Reports for Period Ended June 30, 2019:
1. Litigate/settle lawsuit re fraud/preferential transfers.
2. Employ accountant to prepare and file estate tax returns.
3. Fee applications for professionals.
4. CLOSE CASE

05/05/20 - 2017, 2018, & 2019 Federal Returns filed (mailed to IRS).

05/27/20 - 2020 Federal Return (final return) filed (mailed to IRS).

**Initial Projected Date Of Final Report (TFR):** June 30, 2019  **Current Projected Date Of Final Report (TFR):** June 23, 2020 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: 3:17-06123-CMW | Trustee: | SUSAN R. LIMOR, TRUSTEE (620530) |
| Case Name: OMKARA HOSPITALITY, LLC | Bank Name: | Rabobank, N.A. |
| | Account: | ******7666 - Checking Account |
| Taxpayer ID #: **-***1441 | Blanket Bond: | $720,000.00 (per case limit) |
| Period Ending: 12/15/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/14/17 | {1} | Omkara Hospitality, LLC | Balance in Account | 1129-000 | 7,033.77 | | 7,033.77 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,023.77 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,013.77 |
| 01/26/18 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2018 FOR CASE #317-06123, Chapter 7 Blanket Bond for 01/01/18 to 01/01/19; Bond #016026373 | 2300-000 | | 3.17 | 7,010.60 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.09 | 6,999.51 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,989.51 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.05 | 6,979.46 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,969.46 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.02 | 6,958.44 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,948.44 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.65 | 6,937.79 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.31 | 6,927.48 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.31 | 6,922.17 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.25 | 6,915.92 |
| 02/12/19 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2019 FOR CASE #317-06123, Chapter 7 Blanket Bond for 01/01/19 to 01/01/20; Bond 016026373 | 2300-000 | | 7.35 | 6,908.57 |
| 01/16/20 | {2} | Matrix Global/Deepak | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 02.12.20 (DE 29). | 1241-000 | 30,000.00 | | 36,908.57 |
| 01/16/20 | {2} | Matrix Global | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 02.12.20 (DE 29). | 1241-000 | 10,000.00 | | 46,908.57 |
| 01/16/20 | {2} | Mahendra Modi/Deepak Kapadia | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 02.12.20 (DE 29). | 1241-000 | 30,000.00 | | 76,908.57 |
| 01/16/20 | {2} | Nisha Roy | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 02.12.20 (DE 29). | 1241-000 | 84,525.00 | | 161,433.57 |
| 01/16/20 | {2} | Mahendra Modi | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 02.12.20 (DE 29). | 1241-000 | 163,050.00 | | 324,483.57 |
| 01/16/20 | {2} | Shailesh K Tailor | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint | 1241-000 | 35,025.00 | | 359,508.57 |

| | Subtotals : | $359,633.77 | $125.20 | |
|---|---|---|---|---|
| {} Asset reference(s) | | | | Printed: 12/15/2020 01:00 PM V.14.57 |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 3:17-06123-CMW  
**Case Name:** OMKARA HOSPITALITY, LLC  
**Taxpayer ID #:** **-***1441  
**Period Ending:** 12/15/20

**Trustee:** SUSAN R. LIMOR, TRUSTEE (620530)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $720,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | entered 02.12.20 (DE 29). | | | | |
| 01/16/20 | {2} | Maya Kapadia | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 02.12.20 (DE 29). | 1241-000 | 30,000.00 | | 389,508.57 |
| 01/16/20 | {2} | Maya Kapadia | Settlement Proceeds per Order Approving Compromise and Settlement of Complaint entered 02.12.20 (DE 29). | 1241-000 | 161,000.00 | | 550,508.57 |
| 02/10/20 | 103 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond from 01.01.20 to 01.01.21; Bond #016026373. | 2300-000 | | 9.36 | 550,499.21 |
| 02/27/20 | 104 | Armstrong Law Firm | Attorney Fees per Order Awarding Compensation to Armstrong Law Firm, Counsel for the Trustee entered 02.12.20 (DE 30). | 3210-000 | | 181,200.00 | 369,299.21 |
| 03/06/20 | 105 | Clerk, U.S. Bankruptcy Court | AP Filing Fee re Adversary case 3:19-ap-90125. | 2700-000 | | 350.00 | 368,949.21 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 294.87 | 368,654.34 |
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 589.24 | 368,065.10 |
| 07/08/20 | 106 | Larry Williams, CPA | Accountant Fees per Order Awarding Compensation to Accountant for Trustee entered 06.23.20 (DE 41). | 3410-000 | | 1,600.00 | 366,465.10 |
| 07/08/20 | 107 | Limor & Johnson, Attorneys at Law | Attorney Fees and Expenses per Order Awarding Compensation to Attorneys for Trustee entered 06.23.20 (DE 42). | | | 2,551.91 | 363,913.19 |
| | | | Attorney Fees.  2,483.50 | 3110-000 | | | 363,913.19 |
| | | | Attorney Expenses.  68.41 | 3120-000 | | | 363,913.19 |
| 11/06/20 | 108 | WAGNER CRAWFORD GAMBILL & JUNGERS | Dividend paid 14.91% on $2,250,000.00; Claim# 1 per Chapter 7 Trustee's Final Report ("TFR") filed 07.20.20 (Doc 45); Summary of TFR filed 07.20.20 (Doc 46); & Notice of Summary of TFR filed 07.21.20 (Doc 48). | 7100-000 | | 335,575.14 | 28,338.05 |
| 11/06/20 | 109 | SUSAN R. LIMOR, TRUSTEE | Trustee Compensation and Expenses per Chapter 7 Trustee's Final Report ("TFR") filed 07.20.20 (Doc 45); Summary of TFR filed 07.20.20 (Doc 46); Notice of Summary of TFR filed 07.21.20 (Doc 48); & Order…Awarding Trustee Compensation and Expenses entered 1 | | | 28,338.05 | 0.00 |
| | | | Trustee Compensation.  28,298.19 | 2100-000 | | | 0.00 |
| | | | Trustee Expenses.  39.86 | 2200-000 | | | 0.00 |

Subtotals : $191,000.00  $550,508.57

{} Asset reference(s)

Printed: 12/15/2020 01:00 PM  V.14.57

Case 3:17-bk-06123  Doc 83  Filed 12/22/20  Entered 12/22/20 12:46:41  Desc Main
Document  Page 9 of 10

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 3:17-06123-CMW  
**Case Name:** OMKARA HOSPITALITY, LLC

**Taxpayer ID #:** **-***1441  
**Period Ending:** 12/15/20

**Trustee:** SUSAN R. LIMOR, TRUSTEE (620530)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $720,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 550,633.77 | 550,633.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 550,633.77 | 550,633.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$550,633.77** | **$550,633.77** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7666** | 550,633.77 | 550,633.77 | 0.00 |
| | $550,633.77 | $550,633.77 | $0.00 |